880 A.2d 503

**SOLEBURY TOWNSHIP,**

v.

**DEPARTMENT OF ENVIRONMENTAL PROTECTION
and Department of Transportation,**

**Petition of Department of Environmental Protection.**

**Buckingham Township**

v.

**Department of Environmental Protection
and Department of Transportation,**

**Petition of Department of Environmental Protection.**

Supreme Court of Pennsylvania.

July 28, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July, 2005, we hereby **GRANT** the Petitions for Allowance of Appeal and **CONSOLIDATE** this matter with **6 & 7 MAL 2005.** It is further ordered that

the Petition to Supplement the Memorandum in Opposition to the Commonwealth's Petition for Allowance of Appeal filed by Solebury Township is **DENIED.**